THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Brook Graham Nguyen,       
Appellant.
 
 
 

Appeal From Greenville County
Larry R. Patterson, Circuit Court Judge

Unpublished Opinion No.   2003-UP-318
Submitted February 20, 2003 - Filed 
 May 7, 2003

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Aileen P. Clare, of Columbia; 
 for Appellant.
Attorney General Henry Dargan McMaster; Chief Deputy Attorney 
 General John W. McIntosh; Assistant Deputy Attorney General Charles H. Richardson, 
 of Columbia; Solicitor Robert M. Ariail, of Greenville; for Respondent.
 
 
 

PER CURIAM:  Brook G. Nguyen was 
 indicted for breach of trust with fraudulent intent.  Nguyen pled guilty and 
 was sentenced to five years imprisonment, suspended upon five years probation.  
 The five years probation would terminate upon Nguyens completion of two years 
 probation, performance of forty hours public service employment, and payment 
 of fees and restitution.  Nguyen appeals, arguing that the circuit court abused 
 its discretion in revoking her probation without a finding of willful violation.  
 Counsel for Nguyen has filed a final brief and submitted a petition to be relieved 
 as counsel.[1]
After review of the record pursuant to 
 Anders v. California, 386 U.S. 738 (1967) and State v. Williams, 
 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss the appeal and grant counsels 
 motion to be relieved.
 APPEAL DISMISSED.
HEARN, C.J., CURETON and GOOLSBY, JJ., concur.

 
 [1]  
 We decide this case without oral argument pursuant to Rule 215, SCACR.